1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIE CURTIS WILSON,

11              Petitioner,              No. CIV S-07-1808 LEW DAD P

12       vs.

13   M.S. EVANS,

14              Respondent.              <u>ORDER</u>

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18   pauperis.

19            Examination of the in forma pauperis application reveals that petitioner is unable

20   to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

21   granted.  <u>See</u> 28 U.S.C. § 1915(a).

22            Petitioner is presently incarcerated at Salinas Valley State Prison in Monterey

23   County.  Petitioner is challenging a Security Housing Unit Term he received for possession of an

24   inmate-manufactured weapon.  It is not clear from petitioner's application whether the

25   challenged prison disciplinary proceedings took place at Salinas Valley State Prison or

26   elsewhere.  To determine whether venue is proper in this division of the Eastern District of

1  California, the court will order petitioner to file a declaration stating where the underlying

2  incident and prison disciplinary proceedings took place.

3           Accordingly, IT IS HEREBY ORDERED that:

4           1.  Petitioner's application to proceed in forma pauperis is granted;

5           2.  Petitioner shall file a declaration within 20 days stating where the underlying

6  incident and prison disciplinary proceedings took place.

7  DATED: September 17, 2007.

8

9           _____

10          DALE A. DROZD
            UNITED STATES MAGISTRATE JUDGE

11  DAD:9
    wils1808.dec

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2