IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIE CURTIS WILSON,** | 2:07-cv-01808-LEW-DAD (HC) |
| Petitioner, | **ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO HABEAS PETITION** |
| **v.** | |
| **M. S. EVANS,** | |
| Respondent. | |

AFTER CONSIDERATION AND FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED a forty-five-day extension of time, to and including December 28, 2007, within which to file a Response to the Petition for Writ of Habeas Corpus.

DATED: November 14, 2007.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wils1808.111

1