IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE C. WILSON,

    Petitioner,        No. CIV S-07-1808 LEW DAD P

  vs.

M.S. EVANS,

    Respondent.      <u>ORDER</u>

_____/

      On January 3, 2008, petitioner filed a letter with the court which is construed as a request for an extension of time to file his traverse pursuant to the court's order of October 12, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's January 3, 2008 letter, construed as a request for an extension of time, is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file his traverse.

DATED: January 16, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wil1808.111pet